IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JERMAINE C. THOMPSON,

    Petitioner,

vs.

PEOPLE OF THE STATE OF CALIFORNIA,

    Respondent.

No. CIV S-09-1432 DAD (TEMP) P

ORDER AND

FINDINGS AND RECOMMENDATIONS

By an earlier order, petitioner's habeas application was dismissed and thirty days' leave to file an amended application was granted. The thirty day period has now expired, and petitioner has not responded to the court's order.

IT IS THEREFORE ORDERED that this action be assigned to a district judge.

IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty-one days after being served with these findings and recommendations, petitioner may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Petitioner is advised that failure to file objections within the

1

1 specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951
2 F.2d 1153 (9th Cir. 1991).
3 DATED: January 13, 2011.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

7 2/thom1432.fta